AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SONDRA LEE LANE,

        Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 624-015

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's June 27, 2025 Order, Defendant's unopposed motion to reopen this case and affirm the Commissioner's final decision is granted. Judgment is entered in favor of Plaintiff. As there are no other issues to resolve, this case stands closed.

6/27/2025  
Date



John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020